UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory A. LaFond,                        Court File No. 07-CV-04066 (PAM/JSM)

      Plaintiff,

v.                                                  **ORDER**

Bruce M. Anderson, Michelle N. Vlasak,
Kathleen A. Heaney, Sherburne County,
Minnesota, John and Jane Does Nos. 1-5, and
John and Jane Does Nos. 6-10,

      Defendants.

**ORDER FOR JUDGMENT OF DISMISSAL OF
INDIVIDUAL DEFENDANTS WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal with Prejudice between the parties herein,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the Defendants Bruce M. Anderson, Michele N. Vlasak, Kathleen A. Heaney, John and Jane Does Nos. 1-5 and John and Jane Does Nos. 6-10, as named Defendants from Plaintiff's Complaint in the above-captioned case and dismissing all claims against them, in both their individual and official capacities, on the merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: August 10, 2009                      s/Paul A. Magnuson
                                                       Paul A. Magnuson
                                                       United States District Court Judge