IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Gregory A. LaFond,   Case No. 07-CV-04066 PAM/JSM

    Plaintiff,

vs.

BRUCE M. ANDERSON, a Minnesota resident, individually and in his official capacity as Sheriff of Sherburne County, Minnesota, et al,

    Defendants

and

MICHELLE N. VLASAK, a Minnesota resident, individually and in her official capacity as Deputy Sheriff of Sherburne County, Minnesota,

    Defendant and Counterclaimant.

## ORDER OF DISMISSAL

Pursuant to a Stipulation to Dismiss the Counterclaim (Doc. No, #94).

**IT IS HEREBY ORDERED** that:

1. The Counterclaim of Defendant and Counterclaimant Michelle N. Vlasak is hereby dismissed with prejudice and without further costs and disbursements to the parties.

Dated: August 17, 2009

                                                    s/Paul A. Magnuson
                                                  PAUL A. MAGNUSON
                                                  United States District Court Judge