UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory A. LaFond,  Court File No. 07-CV-04066 (PAM/JSM)

    Plaintiff,

v.  **ORDER**

Bruce M. Anderson, Michelle N. Vlasak,
Kathleen A. Heaney, Sherburne County,
Minnesota, John and Jane Does Nos. 1-5, and
John and Jane Does Nos. 6-10,

    Defendants.

**ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal with Prejudice between Plaintiff and Defendant Sherburne County,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the Plaintiff's Complaint in the above-captioned case on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: August 17, 2009  s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge